UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIELLE MARKERT,

                 Plaintiff,

      -v-

UNITED STATES OF AMERICA,

                 Defendant.

------------------------------------------------------------X

22 Civ. 8448 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    In light of the parties' consent to Magistrate Judge Netburn's authority to conduct all further proceedings in this case, the initial pretrial conference scheduled for February 2, 2023 is adjourned. The parties should address questions as to next steps in this case to Judge Netburn, consistent with her individual rules.

    SO ORDERED.

                                                                 Paul A. Engelmayer
                                                                United States District Judge

Dated: January 13, 2023
          New York, New York