**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIELLE MARKERT,

                              Plaintiff,                  **SCHEDULING ORDER**

                                                                22 Civ. 8448 (JCM)
    -against-

UNITED STATES OF AMERICA,

                              Defendants.
------------------------------------------------------------X

        The Court has scheduled a Status Conference for January 5, 2024 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421 to discuss the issues raised in Docket Nos. 47 and 51.

Dated:  December 20, 2023
           White Plains, New York

                                                             **SO ORDERED:**

                                                             _____
                                                             JUDITH C. McCARTHY
                                                             United States Magistrate Judge